UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
In The Matter of the Application of BENZAQUEN, :
JANE, for an Order Pursuant to 28 U.S.C. § 1782 to Take :    25 Misc. 501 (JPC)
Discovery, Pursuant to the Federal Rules of Civil :
Procedure :          ORDER
:
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      On November 7, 2025, Jane Benzaquen ("Applicant") filed an *Ex Parte* Application for Discovery in Aid of Foreign Litigation Pursuant to 28 U.S.C. § 1782, which seeks documents from The Mount Sinai Health System that provide the medical information, including genetic information, of the late King Hassan II of Morocco for use in ongoing litigation in Belgium seeking to establish Applicant's paternity. Dkt. 1. Five days later, counsel for the Kingdom of Morocco (the "Kingdom") submitted a pre-motion letter pursuant to this Court's Individual Rules and Practices in Civil Cases requesting leave to file a motion to intervene under Rule 24 of the Federal Rules of Civil Procedure. Dkt. 5. Counsel for Applicant opposed the Kingdom's request. Dkt. 6.

      Upon reviewing the parties' letters, the Court orders the parties to appear for a pre-motion conference on November 24, 2025, at 3:00 p.m. Counsel shall appear at that time in Courtroom 12D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007.

      SO ORDERED.

Dated: November 19, 2025
      New York, New York                     _____
                                                              JOHN P. CRONAN
                                                            United States District Judge