UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
                                                                      :
In The Matter of the Application of BENZAQUEN,           :
JANE, for an Order Pursuant to 28 U.S.C. § 1782 to Take  :          25 Misc. 501 (JPC)
Discovery, Pursuant to the Federal Rules of Civil        :
Procedure                                                :          ORDER
                                                         :
----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

  Applicant shall serve a copy of the Application and accompanying exhibits, Dkt. 1, as well as a copy of this Order, on Mt. Sinai Health System ("Mt. Sinai") by December 26, 2025, and on the parties to the Belgian proceeding no later than February 9, 2026. Applicant shall file proof of service within two days of service.

  All parties shall file any response to the Petition within twenty-one days of being served. Mt. Sinai may indicate in any response whether it has records that would be responsive to Applicant's proposed subpoena. For clarity, the Court is not currently directing Mt. Sinai to comply with the proposed subpoena included among the Application's exhibits.

  SO ORDERED.

Dated: December 11, 2025
   New York, New York         _____
                  JOHN P. CRONAN
               United States District Judge