UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                              :
In The Matter of the Application of BENZAQUEN,      :          25 Misc. 501 (JPC)
JANE, for an Order Pursuant to 28 U.S.C. § 1782 to Take :      25 Misc. 506 (JPC)
Discovery, Pursuant to the Federal Rules of Civil   :
Procedure                                           :          ORDER
                                                              :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

    Counsel for Petitioner and the Kingdom of Morocco shall appear for a conference on

February 13, 2026, at 10:00 a.m.  At the scheduled time, counsel should call (855) 244-8681, access

code 2302 755 2307.

    The Clerk of Court is respectfully directed to file this Order on the dockets of Case Numbers

25 Misc. 501 and 25 Misc. 506.

    SO ORDERED.

Dated: February 2, 2026
      New York, New York                    _____
                                                  JOHN P. CRONAN
                                               United States District Judge