**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In the Matter of the Application of BENZAQUEN, JANE, for an Order Pursuant to 28 U.S.C. § 1782 to Take Discovery, Pursuant to the Federal Rules of Civil Procedure. | Case No. 1:25-mc-00501-JPC |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

PLEASE TAKE NOTICE that Petitioner Jane Benzaquen hereby voluntarily dismisses without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) her Application for Order Pursuant to 28 U.S.C. § 1782 to Take Discovery from the Mount Sinai Health System in the above-entitled action.

Dated: New York, New York
November 3, 2026

Respectfully submitted,

JANE BENZAQUEN

By: */s/ Steven B. Malech*

Steven B. Malech
Wiggin and Dana LLP
437 Madison Avenue
35th Floor
New York, NY 10022
T: 212-551-2633
smalech@wiggin.com

*Attorney for Petitioner Jane Benzaquen*

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff may file a notice of dismissal to dismiss an action without a court order prior to the opposing party serving an answer or a motion for summary judgment. Accordingly, the Clerk of Court is respectfully directed to close this case.

SO ORDERED.
November 4, 2026
New York

JOHN P. CRONAN
United States District Judge